

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00366-CV

———————————————

IN RE THE HONORABLE WOODROW W. GOSSOM JR., Relator

———

Original Proceeding
Trial Court No. DC78-CR2019-0428

———

Before Bassel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of prohibition and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of prohibition is denied.

Per Curiam

Delivered: October 21, 2019